**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  TAYLOR         Robert            L
       (Last)         (First)        (Initial)

Prisoner Number K-29436 – SAlinAs VAlley StAtE PrisoN

Institutional Address P.O. Box 1050  D3-126L  SoledAd, CA. 93960

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Mr. Robert L. TAylor K-29436
(Enter the full name of plaintiff in this action.)

vs.

WArdeN       EvANS,
CMO ClarlesLEE & SAliNAS
VAlley StAtE PrisoN's MedicAL
StAff/Dept
(Enter the full name of the defendant(s) in this action)

Case No. CV 08 0759 MHP (PR)
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

     [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

     A.   Place of present confinement  SAliNAS Valley StAtE PrisoN

     B.   Is there a grievance procedure in this institution?

          YES (X)    NO ( )

     C.   Did you present the facts in your complaint for review through the grievance procedure?

          YES (X)    NO ( )

     D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                          - 1 -

1. Informal appeal SVSP-07-01837 Bypassed - I started appeal on 4-06-07. This appeal was lost, but later found after I kept pressing for an answer.

2. First formal level Bypass SVSP-D-07-01837 Not taken serious until 2/07 thru 4/07 I was paid no attention. All the while complaining of pain.

3. Second formal level SVSP-D-07-01837 Never taken serious except by A Dr. Kumar & mental health staff on D-Yard in a lot of pain at every level.

4. Third formal level Nobody paid any attention to appeal #SVSP-D-07-01837. I had to have a surgery at Stanford plus radiation, and more.

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Mr. Robert L. Taylor K-29436 Salinas Valley State Prison P.O. Box 1050 Soledad, CA. 93960 D3-126L

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT                                  - 2 -

1  WARDEN      EVANS AT SALINAS Valley
2  State prison. P.O. Box 1050 Soledad, CA.
3  93960
4
5  III.   Statement of Claim.
6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10 I was accepted 4/27/05 in good health at Salinas Valley State
11 prison in the best of health. My bottom lip was busted in
12 a seizure attack. I complained about my bottom lip, it
13 wasn't healing. I was in pain constantly, as well as
14 not healing. I was never taken serious; nor did the
15 pain ever leave me. I submitted a total of (3) appeals
16 which somehow kept coming up missing. The 3rd appeal
17 came up missing as well, but was eventually found. From
18 2005 (MAY) until 2007 Feb-March, I complained to the
19 medical staff about pain & cracked bleeding lower lip.
20 I should have been taken more serious; maybe the
21 cutting (surgery) could have been avoided. I have all
22 records from beginning to now. I have been diagnosed
   with cancer later than it should have been.
23 IV.   Relief.
24 Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 I want to sue for money (6+7 million dollars) as well
27 as all or any future payments to doctors & lawyers
28 taken care of by respondents. To be able to show and

COMPLAINT                              - 3 -

1 explAiN All the records I have with A lawyer Assigned
2 to Me; As you cAN tell my meNtAl heAlth is Not good
3 most of the time. I have A list of people thAt Are
4 iNvolved oNe wAy or ANother

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of JANUARY, 2008

_M. Robert L. Taylor_ K-29436
(Plaintiff's signature)

COMPLAINT — 4 —

MR Robert L. Taylor K-24436
Salinas Valley State Prison
P.O. Box 1050
D3-126L
Soledad, Calif. 93960

RECEIVED
JAN 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Legal Mail

Clerk Office of the U.S. District Court
Northern District of California
450 Golden Gate Avenue Box 36060
San Francisco, Calif. 94102

11/27/08


MAILED FROM ZIP CODE 93960
$00.00