**FILED**
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MR. Robert L. Taylor
SALINAS Valley State Plaintiff,
Prison P.O. Box 1050 Soledad, CA 93960

vs.

Warden Evans,
SALINAS Valley State Defendant
Prison P.O. Box 1050 Soledad, CA 93960

CASE NO. CV 08 0759 MHP (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Robert L. Taylor, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _No Job in decades for me._____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.   Business, Profession or            Yes ___  No _X_
10           self employment
11       b.   Income from stocks, bonds,         Yes ___  No _X_
12           or royalties?
13       c.   Rent payments?                     Yes ___  No _X_
14       d.   Pensions, annuities, or            Yes ___  No _X_
15           life insurance payments?
16       e.   Federal or State welfare payments, Yes ___  No _X_
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                       Yes ___  No _X_
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: _____N/A___
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $____N/A_____ Net $___N/A_____
28  4.   a.   List amount you contribute to your spouse's support:$ ____N/A____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____ N/A _____
6  _____

7  5.  Do you own or are you buying a home?    Yes ___ No ✗
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    Yes ___ No ✗
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account?  Yes ___ No ✗ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✗ Amount: $ Not At All
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No NO
20 _____

21 8.  What are your monthly expenses?
22 Rent: $ __N/A__        Utilities: __N/A__
23 Food: $ __N/A__        Clothing: __N/A__
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 __N/A__                $ __N/A__              $ __N/A__
27 __N/A__                $ __N/A__              $ __N/A__
28 __N/A__                $ __N/A__              $ __N/A__

APP. TO PROC. IN FORMA PAUPERIS

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____UNAWARE_____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✗
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 JAN. 27, 2008                           M. Robert L. Ju[signature]
17      DATE                                SIGNATURE OF APPLICANT

- 4 -

1
2                                           Case Number: _____
3
4
5
6
7
8                           **CERTIFICATE OF FUNDS**
9                                       **IN**
10                          **PRISONER'S ACCOUNT**
11
12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of ___Robert L. Taylor___ for the last six months
14  ___Salinas Valley State Prison___ where (s)he is confined.
        [name of institution]                [prisoner name]
15      I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ _____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_____.
18
19  Dated: _____                         _____
20                                            [Authorized officer of the institution]
21
22
23
24
25
26
27
28

- 5 -

```
REPORT ID: TS3030 .701                                              REPORT DATE: 01/10/08
                                                                    PAGE NO:          1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: SEP. 01, 2007 THRU JAN. 10, 2008

ACCOUNT NUMBER : K29436                          BED/CELL NUMBER: FDB3T1000000126L
ACCOUNT NAME   : TAYLOR, ROBERT LEE              ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                 TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION       COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------       -------     ---------   --------   -----------   -------

09/01/2007    BEGINNING BALANCE                                                    29.40

09/24  FC02  DRAW-FAC 2         0880 CTC                               29.40        0.00
10/11  D300  CASH DEPOSIT       1037 6953              20.00                       20.00
11/07  FR01  CANTEEN RETUR      701273                                  2.10-      22.10
12/17  FC04  DRAW-FAC 4         1594 D3                                22.10        0.00

                                 TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL         TOTAL        CURRENT        HOLDS       TRANSACTIONS
   BALANCE       DEPOSITS     WITHDRAWALS    BALANCE       BALANCE      TO BE POSTED
  ---------      --------     -----------    --------      --------     ------------
     29.40         20.00          49.40         0.00          0.00           0.00


                                                                           CURRENT
                                                                          AVAILABLE
                                                                           BALANCE
                                                                          ---------
                                                                             0.00
```

| STATE OF CALIFORNIA | | INMATE REQUEST FOR INTERVIEW | | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|---|
| GA-22 (9/92) | | | | | |
| DATE | TO | | FROM (LAST NAME) | | CDC NUMBER |
| 1/07/08 | Trust Account Office | | Taylor | | K-29436 |
| HOUSING | BED NUMBER | WORK ASSIGNMENT | | JOB NUMBER FROM | TO |
| D-3 | 126 L | | | | |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | | | TO |
| EOP | | | | | |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence

This is the third time I have written, I AM IN NEED OF A complete printout of my account activity for the last three previous months. Your help in this matter would be Appreciated.

Do NOT write below this line. If more space is required write on back.

| INTERVIEWED BY | | DATE |
|---|---|---|
| | See Attach | |
| DISPOSITION | | |