E-filing    Dear Court Clerk, CV 08    0759 MHP (PR)    January 15, 2008

I hope that this letter finds you in the very best of health. I am incarcerated, and I really need your assistance. Some of my rights have been grossly violated, and need all forms for a 42 U.S.C. §1983 action. I am also requesting the Local Rules, as well as the section 1983 forms, so that I can prepare my complaint. I have already written, and I filed a claim with the State of California Government Claims Division, P.O. Box 3035 Sacramento, Ca. 95812-3035. I was turned away. That letter was finally returned to me on January 07, 2008. I have been very sick. This letter will not be as long as I would like for it to be, but it will mean more to me than anything I have written thus far. Please treat it as though.... As much as I like to talk please understand that I realize this is not a forum to talk, unless you initiate or ask more questions of me.

Any/all help will be greatly appreciated...

Respectfully Submitted
Mr. Robert L. Taylor K-29436
Salinas Valley State Prison
P.O. Box 1050    D3-126L
Soledad, CA.    93960

P.S. The keepers at this particular institution never pay any attention to people of my kind (mental Health-EOP) like they should. I for one is constantly ignored or even taken for granted. At this moment, I am lucid. Again, I need the utmost attention paid to this letter. Thank You



STATE PRISON
GENERATED MAIL