FILED MAY 15 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

MAY - 6 2008

Dear Hon. Marilyn H. Patel        May 04, 2008

I am writing to you now, because today I feel strong enough, after another surgery I have completed. I have Civil Docket Case #: 3:08-cv-00759-MHP. I have been wondering have I did what is required of me, so that I can move forward in a fashion that I will not be thrown out of the court. If I have missed anything, will you please explain to me, as well as send me any & all forms, plus all directions that I will need, so I can move forward? Please send any orders in large print, like before, so that I can read it. I have been trying to get into the Law Library here, but I have not been called in all the time since I last wrote 6/07. I am also under a Mental Health, so it's as though I am being discriminated against for those reasons (cancer sickness, mentally slow). I don't want to take up all the courts time, but I need help. I feel that because of what I have mentioned to you, I am being deprived, so that they (Warden Evans, Dr. Carl Lee), can sweep my sickness that they misdiagnosed for over 18 mos. up under the rug, or keep going like nothing has happened on their watch. I thank you for your time & ears for listening. I look forward to hearing from you. Stay Safe, Stay Strong, Stay Focused... Respectfully Submitted

Mr. Robert L. Taylor K-29436
Salinas Valley State Prison
P.O. Box 1050      D3-126L
Soledad, California 93960

Legal Mail

RECEIVED
MAY - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court
% Hon. Judge Marilyn H. Patel
Northern District of California
450 Golden Gate Ave.
San Francisco, CA. 94102

MAY - 6 2008
$00.410
MAILED FROM ZIPCODE 93960
MAY 05 2008



